# United States District Court
## For The Western District of North Carolina
## Asheville Division

MEGAN E. DOLAN,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   1:11cv210

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2012 Order.

                         Signed: April 9, 2012

                         Frank G. Johns, Clerk
                         United States District Court